UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHARLES RAY ROBERTSON** | **CIV. ACTION NO. 3:22-05276** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CLIFFORD OLSEN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Defendants' Rule 12(b)(1) Motion to Dismiss for Lack Of Subject Matter Jurisdiction [Doc. No. 6] is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for More Definite Statement [Doc. No. 17] is **GRANTED**, and that within fourteen (14) days from the date of this judgment, Plaintiff is granted leave to file an amended complaint to set forth a short and plain statement explaining his claims. FED. R. CIV. P. 8(a)(2). **Plaintiff is cautioned that if he fails to so comply, then "the court may strike the pleading or issue any other appropriate order."** FED. R. CIV. P. 12(e); *see also* FED. R. CIV. P. 41(b).

Monroe, Louisiana, this 5th day of April 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE