# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **CHARLES RAY ROBERTSON** | **CIV. ACTION NO. 3:22-05276** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CLIFFORD OLSEN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 26] previously filed herein, and having thoroughly reviewed the record, noting the absence of objection, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b)(6) Motion to Dismiss [Doc. No. 24] filed by Defendants Clifford Olsen and OSC-Management, Inc. is **GRANTED**, and that Plaintiff Charles Ray Robertson's claims are hereby **DISMISSED, WITH PREJUDICE,** in their entirety, pursuant to FED. R. CIV. P. 12(b)(6). This case is closed.

**MONROE, LOUISIANA**, this 16th day of August 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**